Antonio West
                              Plaintiff,

v.                                              Case No.: 1:04−cv−02983
                                                Honorable Mark Filip

Robert A. Dartt, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2005:

    MINUTE entry before Judge Mark Filip :Status hearing held on 9/14/2005. Status hearing set for 9/21/2005 at 09:30 AM.No notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.