# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2983 | **DATE** | 9/21/2005 |
| **CASE TITLE** | West vs. Dartt | | |

**DOCKET ENTRY TEXT:**

Status hearing held. All matters in controversy having been settled, the above-entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 1/21/06 after which time the dismissal will be with prejudice if no request to reinstate has been filed. Any and all pending motions are dismissed without prejudice as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2983 | **DATE** | 9/21/2005 |
| **CASE TITLE** | West vs. Dartt | | |

**DOCKET ENTRY TEXT:**

Status hearing held. All matters in controversy having been settled, the above-entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 1/21/06 after which time the dismissal will be with prejudice if no request to reinstate has been filed. Any and all pending motions are dismissed without prejudice as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|